Honorable Sr: Jose A. Fustel			24/marzo/2008
Tribunal federal, San Juan P.R.

Yo el senor Angel L. Belen Torres me dirijo a usted para comentarle lo siguiente:

El haber pasado por el proceso de cumplir sentencia por haber violentado la ley y luego vivir privado de mi libertad, puedo asegurar que me he podido adaptar a la sociedad en la que vivo en La Montalva, Ensenada P.R. donde trabajo como pescador para sustentar a mi familia.

Mi recuperacion ha sido muy buena y lo reconoce mi trabajadora social a la cual me reporto para un proceso de evaluacion.

La razon de esta carta es para solicitarle la evaluacion de mi caso para que asi me eliminen el resto de mi probatoria. Mi responsabilidad hacia la sociedad podria darse por cumplida con mi comportamiento y esfuerzo de superacion. Deseo sentirme en libertad de mi pasado y superarme por completo de esta experiencia para poder seguir hacia adelante trabajando y estar en paz con mi familia y la sociedad que me rodea.

Atentamente: *Angel Belen Torres*

Num: 06016-069