Angel L. Belen Torres
97 Montalva
Ensenada P.R. 00647

7007 2680 0003 1042 7722

CERTIFIED MAIL

UNITED STATES POSTAL SERVICE
$4.80
MAR 25 '08
ENSENADA, PR 00647

United States District Court
Honorable: Sr. Jose A. Fustel
Federal Office Building
150 Auf Carlos Chardon
San Juan P.R. 00918-1741