IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

vs.                                              Case No.: 03:99-CR-125-13 (JAF)

ANGEL BELEN-TORRES

MOTION IN COMPLIANCE WITH COURT ORDER
ISSUED ON APRIL 16, 2008.

TO THE HONORABLE JOSE A. FUSTE, CHIEF
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, SANDRA VELEZ-GARCIA, UNITED STATES PROBATION OFFICER** of this Honorable Court, and respectfully responds to the motion filed for early termination by Mr. Angel Belén-Torres.

On November 2, 2000, Mr. Belén-Torres was sentenced to serve a forty-six (46) months imprisonment term to be followed by a five (5) year supervised release term, for a violation to Title 21, United States Code, Section 846, Conspiracy to possess with intent to distribute cocaine and heroin.

On June 3, 2005, Mr. Belén-Torres was released from custody to commence serving the term of supervised release imposed. Since the onset of supervision, Mr. Belén-Torres has satisfactorily complied with all the standard and special conditions imposed by the Court. Mr. Belén-Torres has complied with the payment of the special monetary assessment and with the DNA test. During the supervision process, Mr. Belén-Torres' family has attested as to the positive change in Mr. Belén-Torres' behavior and attitude. No community and/or legal problems have been reported on his behalf and all drug testing conducted have yielded negative results. Due to Mr. Belén-Torres' positive adjustment to supervision, in September 2007, his case was re-assigned to an administrative caseload where minimal supervision activities are required.

Title 18, United States Code, Section 3583(e)(1) provides for early termination of a supervised release term. Said subsection allows the Court to *"terminate a term of supervised release and discharge the defendant at any time after the expiration of one (1) year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedures relating to modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and in the interest of justice"*.

On April 23, 2008, the U.S. Attorney's Office expressed having no objection as to Mr. Belén-Torres' request.

*Wherefore,* taking into consideration of the aforementioned and in compliance with the Court-ordered issued on April 16, 2008, the United States Probation Office respectfully submits the above-stated information and leaves the matter of Mr. Belén-Torres' request for early termination to the sound discretion of the Court.

In San Juan, Puerto Rico, this 25th day of April 2008.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


*S/Sandra Vélez-García*
Sandra Vélez-García
U.S. Probation Officer
Federal Office Bldg. Room 400
150 Chardón Avenue
San Juan, PR 00918-1741
Tel. 787- 281-4911
Fax: 787-766-5945
E-mail: sandra_velez@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 25th, 2008, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECR system which will send notification of such filing to the following: U.S. Attorney, Torre Chardón, Suite 1201, #350 Carlos Chardón Ave., San Juan, PR 00918 and Marlene Aponte-Cabrera, MSC 128, 271 Sierra Morena, Las Cumbres, San Juan, PR 00926.

At San Juan, Puerto Rico, April 25th, 2008.

*S/Sandra Vélez-García*
Sandra Vélez García
U.S. Probation Officer
Federal Office Bldg. Room 400
150 Chardón Avenue
San Juan, PR 00918-1741
Tel. 787- 281-4911
Fax: 787-766-5945
E-mail: sandra_velez@prp.uscourts.gov